STUART D. TOCHNER, Cal. Bar No. 123758
stuart.tochner@ogletreedeakins.com
ERICA K. ROCUSH, Cal. Bar No. 262354
erica.rocush@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant Dairy Farmers of America, Inc.

MARK S. ADAMS, State Bar No. 78706
NICHOLAS J. SCARDIGLI, State Bar No. 249947
MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
2453 Grand Canal Boulevard, Second Floor
Stockton, CA 95207
Telephone:  (209) 477-3833

Attorneys for Plaintiff Henry Ramirez, Jr.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMIREZ, JR.<br><br>            Plaintiff,<br><br>       v.<br><br>DAIRY FARMERS OF AMERICA, INC.<br><br>            Defendant. | Case No. 1:10-CV-01596-LJO-DLB<br><br>**ORDER TO CONTINUE PRETRIAL AND TRIAL DATES** |

The stipulation and joint motion to continue pretrial and trial dates filed by the parties, does not state good cause for continuance, however the court will extend previously scheduled dates as follows:

(1)   The discovery cutoff is extended from May 13, 2011 to July 15, 2011.  The discovery deadline is extended for depositions only, and not for written discovery.

(2)   The deadline for expert discovery is extended from June 10, 2011 to August 12, 2011.

(3)   The deadline for filing non-dispositive motions is extended from June 15, 2011 to July 20, 2011.

10cv1596.o.cont dates.doc

Case No. 1:10-CV-01596-LJO-DLB

[PROPOSED] ORDER TO CONTINUE PRETRIAL AND TRIAL DATES

1  The deadlines for filing and hearing dispositive motions, as well as the dates for pretrial
2 and trial shall remain as set in the December 30, 2010 Scheduling Order.

3
4 IT IS SO ORDERED.

5  Dated:  **April 6, 2011**                              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE
6