IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMIREZ, JR., | CASE NO. CV F 10-1596 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 19.) |
| DAIRY FARMERS OF AMERICA, INC., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action;

2. VACATES all pending matters and date, including the September 28, 2011 pretrial conference and November 14, 2011 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 13, 2011**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1